✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/  Gregory T. Murphy |
| Date | Signature |
|  | Print Name                                              Bar Number |
|  | Address |
|  | City                      State                Zip Code |
|  | Phone Number                                          Fax Number |

1  **GREGORY T. MURPHY**
California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alfonso Ramirez-Medina

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ1842
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14 | ALFONSO RAMIREZ-MEDINA,          )
                                     )
15 |         Defendant.               )
16 |_____ )

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23  DATED:       June 18, 2008          /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Alfonso Ramirez-Medina
25

26

27

28